# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **ANA ROSE FERNANDEZ, a/k/a** <br> **ANNA ROSE MOORE,** <br><br> Petitioner, <br><br> vs. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | JUDGMENT IN CASE <br><br> 1:19-cv-00148-MR <br> 2:00-cr-00086-MR |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 14, 2020 Memorandum of Decision and Order.

April 14, 2020

Frank G. Johns, Clerk
United States District Court